# United States District Court
## Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk=s Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   | --- | --- |
   | 95th Judicial District Dallas County, Texas | DC-14-12365 |

2. **Style of the Case:**

   Vincent Thomas v. Thomas Kibler and Palmer's Garage, Inc.

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   | --- | --- |
   | Vincent Thompson – Plaintiff | Jeff Benton, The Benton Law Firm<br>4848 Lemmon Ave, Ste. 515<br>Dallas, TX 75219<br>(214) 219-4878 |
   | Thomas Kibler & Palmer's Garage, Inc. | Dwayne J. Hermes & Kenneth C. Riney<br>Hermes Sargent Bates, LLP<br>901 Main Street, Suite 5200<br>Dallas, TX 75202<br>(214) 749-6000 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        Yes        No

   If "*Yes*," by which party and on what date?

   _Defendants_ _____          November 24, 2014
   Party                                          Date

4. **Answer:**

   Was an Answer made in State Court?        Yes   No

   If "*Yes*," by which party and on what date?

   _Defendants_ _____          November 24, 2014
   Party                                          Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   **Party**                                      **Reason(s) for No Service**

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   **Party**                                      **Reason**

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   **Party**                                      **Claim(s)**
   Plaintiff                                      Negligence and Gross Negligence Claims against Defendants arising out of motor vehicle accident.